IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TONY GENE LANG, et al,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) |
| | ) CIVIL ACTION NO. 22-00057-JB-MU |
| **WASHINGTON COUNTY, ALABAMA, et al,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Now before the Court is the Report and Recommendation ("RR") (Doc. 27) on Defendants' Motion to Dismiss or, in the Alternative, for a More Definite Statement (Doc. 14). The RR recommends the Motion to Dismiss (i) be denied as to Counts I and IV, (ii) be granted as to Counts II and III of Plaintiffs Lang, Williams, Walston, J. Adams, C. Adams, Utsey, Patterson, and that those Plaintiffs' ADA and Section 504 claims be dismissed, (iii) be denied as to Counts II and III of Plaintiff McGowen, and (iv) that the motion for a more definite statement be denied. Defendants filed objections to the RR on October 14, 2022 (Doc. 28), and Plaintiffs filed a response on October 26, 2022 (Doc. 29).

After due and proper consideration of all relevant portions of this file, and a *de novo* determination of those portions of the recommendation to which objection is made, the RR is adopted in part and modified in part. The RR is adopted in its entirety, except that Defendants' Motion for More Definite Statement is GRANTED to the extent Plaintiffs are ordered to re-plead the complaint by setting out separate counts against Defendant Washington County, Alabama, Defendant Washington County Commission, Defendant members of the Washington County

Commission, and Defendant Richard Stringer, and the legal bases for each such count. The Court, however, denies Defendants' specific request to require Plaintiffs to "set forth which of complained-of conditions they allege amount to a discrete constitutional violation, and which factual allegations are made only as part and parcel of a totality-of-the-circumstances condition of confinement claim." (*See* Defendants' Objection (Doc. 28)). Although the factual allegations of the Complaint are not a model of clarity on this score, they are not "so vague or ambiguous that [Defendants] cannot reasonably prepare a response." Fed. R. Civ. P. 12(e).

**DONE and ORDERED** this 8th day of November, 2022.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE