# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **TONY GENE LANG, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Case No. 22-0057-JB-MU** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **WASHINGTON COUNTY,** | ) | |
| **ALABAMA, et al,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as additional counsel for plaintiffs.

DATED:  July 17, 2023

/s/ Pamela L. Sumners
Pamela L. Sumners, Alabama Bar No. 6898S50P
Alabama Disabilities Advocacy Project
P.O. Box 870395
Tuscaloosa, AL 35487
(312) 213-1725
plsumners@ua.edu

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 17, 2023, a true and correct copy of the foregoing Notice of Appearance was filed with the Clerk of the U.S. District Court for the Southern District of Alabama using the Court's CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

<u>**/s/ Pamela L. Sumners**</u>
Pamela L. Sumners
Counsel for Plaintiffs