## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **TONY GENE LANG,** *et al.,* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 22-0057-MU** |
| | ) | |
| **WASHINGTON COUNTY,** | ) | |
| **ALABAMA,** *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

COMES NOW Defendants, Washington County Commission, Commissioner Brad Johnston, Commissioner Allen Bailey, Commissioner William Beasley, Commissioner Jason Boothe, Commissioner Joseph Abston, and Sheriff Richard Stringer and files this Notice of Service and states that on the 3rd day of November, 2023, it served the following documents in the above-referenced matter on the Plaintiff.

1. Defendants' Amended Disclosures.

Respectfully submitted this 3rd day of November, 2023.

/s/**Kendrick E Webb**
KENDRICK E. WEBB (ASB-1143-E59K)
JAMIE H. KIDD FRAWLEY (ASB-7661-M76H)
Attorney for Defendants
WEBB, MCNEILL, & WALKER, P.C.
One Commerce Street, Suite 700 (36104)
P.O. Box 238
Montgomery, AL 36101

(334) 262-1850 – T
(334) 262-1772 – F
kwebb@wmwfirm.com
jfrawley@wmwfirm.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that on November 3, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF Electronic Filing System which will send notification of such filing to the following:

Henry Brewster, LLC
205 N. Conception Street
Mobile, AL 36603
Phone: (251) 338-0630
Fax: (251) 338-0632
hbrewster@brewsterlaw.net

Shandra N. Monterastelli
Larry G. Canada
Alabama Disabilities Advocacy
Program (ADAP)
P.O. Box 870395
Tuscaloosa, AL 35487
Phone: (205) 348-4436
Fax: (205) 348-3909
smonterastelli@adap.ua.edu
lcanada@adap.ua.edu

Ashley Light
Southern Poverty Law Center
400 Washington Avenue
Montgomery, AL 36104
Phone: (334) 746-1530
Facsimile: (334) 956-4881
Ashley.light@splcenter.org

David I. Schoen
2800 Zelda Road, Suite 100-6
Montgomery, AL 36106
Phone: (334) 395-6611
Facsimile: (917) 591-7586
Schoenlawfirm@gmail.com

Martin Weinberg
P.O. Box 154
Shannon, AL 35142
Phone: 205-910-3722
Facsimile: 205-413-8717
attorneyweinberg@bellsouth.net

David Gespass
GESPASS & JOHNSON
40 Echo Lane
Fairhope, AL 36532
Phone: 205-566-2530
pass.gandjlaw@gmail.com

/s/**Kendrick E Webb**
OF COUNSEL