# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| TONY GENE LANG, et al., individually and on behalf of all inmates in the Washington County Jail in Chatom, Alabama, <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON COUNTY, ALABAMA, et al., <br><br> Defendants. | Case No. 1:22-cv-00057-MU |

## JOINT STATUS REPORT

COME NOW, the Parties in the above-styled action to submit this Joint Status Report in compliance with this Court's Order of November 13, 2024, in which the Magistrate Judge ordered the parties to apprise the Court of the status of the negotiations and major issues to be addressed in negotiations. The Parties report that the following steps have been taken to address the claims in the case:

1.  Both parties have exchanged drafts of comprehensive settlement agreements. The Plaintiffs' experts are in the process of reviewing recent changes to the proposed agreement.

2.  The County Commission had to rebid the planned jail renovations which are an integral part of the settlement agreement. The County Commission hopes to accept a bid by the end of March 2025.

WHEREFORE the parties jointly request additional time to work through the remaining issues.

Respectfully submitted this 11th day of February, 2025.

/s/ Henry Brewster
Henry Brewster (BREWH7737)
HENRY BREWSTER, LLC
205 N. Conception Street
Mobile, Alabama 36603
Phone: (251) 338-0630
Email: hbrewster@brewsterlaw.net

/s/Larry G. Canada
Larry G. Canada
Alabama Disabilities Advocacy Program (ADAP)
P.O. Box 870395
Tuscaloosa, AL 35487
Phone: (205) 348-4436
Fax: (205) 348-3909
smonterastelli@adap.ua.edu
lcanada@adap.ua.edu

/s/ David Schoen
David I. Schoen (ASB-0860-O42D)
2800 Zelda Road, Suite 100-6
Montgomery, Alabama 36106
Phone: (334) 395-6611
Facsimile: (917) 591-7586
Email: Schoenlawfirm@gmail.com

/s/ Kendrick E. Webb
Kendrick E. Webb (ASB-1143-E59K)
WEBB MCNEILL WALKER PC
One Commerce Street, Suite 700 (36104)
Post Office Box 238
Montgomery, Alabama 36101
Phone: (334) 262-1850
Email: kwebb@wmwfirm.com
Counsel for Defendants

*/s/ Martin Weinberg*
Martin Weinberg (ASB-0817-A61W)
P.O. Box 154
Shannon, Alabama 35142
Phone: (205) 910-3722
Facsimile: (205) 413-8717
Email: attorneyweinberg@bellsouth.net

*/s/ David Gespass*
David Gespass
GESPASS & JOHNSON
40 Echo Lane
Fairhope, Alabama 36532
Phone: (205) 566-2530
Email: pass.gandjlaw@gmail.com

*/s/ Rebecca Ramaswamy*
Rebecca Ramaswamy (7484-E16P)
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, Alabama 36104
Phone: 504-535-9035
Email:
rebecca.ramaswamy@splcenter.org