# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| TONY GENE LANG, et al., individually and on behalf of all inmates in the Washington County Jail in Chatom, Alabama,<br><br>　　　Plaintiffs,<br><br>　　　　　v.<br><br>WASHINGTON COUNTY, ALABAMA, et al.,<br><br>　　　Defendants. | Case No. 1:22-cv-00057-MU |

## JOINT STATUS REPORT

COME NOW, the Parties in the above-styled action to submit this Joint Status Report in compliance with this Court's Order of August 29, 2025, in which the Magistrate Judge ordered the parties to apprise the Court of the status of the negotiations and major issues to be addressed in negotiations. The Parties report that the following steps have been taken to address the claims in the case:

　　　1.　　On Monday, November 10, 2025, the Washington County Commission accepted the bid and moved to go forward with the renovation of the Washington County Jail. The Chairman of the County Commission signed the contract with the architect and contractor on Monday, November 24, 2025.

2. Both parties are in the process of finalizing Policies and Procedures and the final framework of the Settlement Agreement and believe this can be accomplished within the next 60 days.

WHEREFORE the parties jointly request additional time to work through the remaining issues.

Respectfully submitted this 1st day of December, 2025.

/s/ Henry Brewster
Henry Brewster (BREWH7737)
HENRY BREWSTER, LLC
205 N. Conception Street
Mobile, Alabama 36603
Phone: (251) 338-0630
Email: hbrewster@brewsterlaw.net

/s/Larry G. Canada
Larry G. Canada
Alabama Disabilities Advocacy Program (ADAP)
P.O. Box 870395
Tuscaloosa, AL 35487
Phone: (205) 348-4436
Fax: (205) 348-3909
lcanada@adap.ua.edu

/s/ David Schoen
David I. Schoen (ASB-0860-O42D)
2800 Zelda Road, Suite 100-6
Montgomery, Alabama 36106
Phone: (334) 395-6611
Facsimile: (917) 591-7586
Email: Schoenlawfirm@gmail.com

/s/ Martin Weinberg

/s/ Kendrick E. Webb
Kendrick E. Webb (ASB-1143-E59K)
WEBB MCNEILL WALKER PC
One Commerce Street, Suite 700 (36104)
Post Office Box 238
Montgomery, Alabama 36101
Phone: (334) 262-1850
Email: kwebb@wmwfirm.com
Counsel for Defendants

Martin Weinberg (ASB-0817-A61W)
P.O. Box 154
Shannon, Alabama 35142
Phone: (205) 910-3722
Facsimile: (205) 413-8717
Email: attorneyweinberg@bellsouth.net

*/s/ David Gespass*
David Gespass
GESPASS & JOHNSON
40 Echo Lane
Fairhope, Alabama 36532
Phone: (205) 566-2530
Email: pass.gandjlaw@gmail.com

*/s/ Rebecca Ramaswamy*
Rebecca Ramaswamy (7484-E16P)
SOUTHERN POVERTY LAW
CENTER
400 Washington Avenue
Montgomery, Alabama 36104
Phone: 504-535-9035
Email:
rebecca.ramaswamy@splcenter.org