IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TONY GENE LANG, et al., individually and on behalf of all inmates in the Washington County Jail in Chatom, Alabama,<br><br>    Plaintiffs,<br><br>            v.<br><br>WASHINGTON COUNTY, ALABAMA, et al.,<br><br>    Defendants. | Case No. 1:22-cv-00057-MU |

## UPDATED JOINT STATUS REPORT

COME NOW, the Parties in the above-styled action to submit this Joint Status Report in compliance with this Court's Order of December 1, 2025, in which the Magistrate Judge ordered the parties to file an updated joint status report. The Parties report that the following steps have been taken to address the claims in the case:

1.    On Wednesday January 14, 2026, a pre-construction conference was held between the Washington County Commission, Sheriff Stringer, the Jail Administrator, JMR+H Architecture, Beasley Construction Services, Inc., and a couple of the subcontractors to discuss the different phases and timeline for the renovation of the Washington County Jail.

2.      Both parties are in the process of finalizing Policies and Procedures and the final framework of the Settlement Agreement and believe this can be accomplished within the next 30-45 days.

WHEREFORE the parties jointly request additional time to work through the remaining issues.

Respectfully submitted this 30th day of January, 2026.

| | |
|---|---|
| /s/ Henry Brewster<br>Henry Brewster (BREWH7737)<br>HENRY BREWSTER, LLC<br>205 N. Conception Street<br>Mobile, Alabama 36603<br>Phone: (251) 338-0630<br>Email: hbrewster@brewsterlaw.net<br><br>/s/Larry G. Canada<br>Larry G. Canada<br>Alabama Disabilities Advocacy Program (ADAP)<br>P.O. Box 870395<br>Tuscaloosa, AL 35487<br>Phone: (205) 348-4436<br>Fax: (205) 348-3909<br>lcanada@adap.ua.edu<br><br>/s/ David Schoen<br>David I. Schoen (ASB-0860-O42D)<br>2800 Zelda Road, Suite 100-6<br>Montgomery, Alabama 36106<br>Phone: (334) 395-6611<br>Facsimile: (917) 591-7586<br>Email: Schoenlawfirm@gmail.com<br><br>/s/ Martin Weinberg | /s/ Kendrick E. Webb<br>Kendrick E. Webb (ASB-1143-E59K)<br>WEBB MCNEILL FRAWLEY PC<br>One Commerce Street, Suite 700 (36104)<br>Post Office Box 238<br>Montgomery, Alabama 36101<br>Phone: (334) 262-1850<br>Email: kwebb@wmwfirm.com<br>Counsel for Defendants |

Martin Weinberg (ASB-0817-A61W)
P.O. Box 154
Shannon, Alabama 35142
Phone: (205) 910-3722
Facsimile: (205) 413-8717
Email: attorneyweinberg@bellsouth.net

*/s/ David Gespass*
David Gespass
GESPASS & JOHNSON
40 Echo Lane
Fairhope, Alabama 36532
Phone: (205) 566-2530
Email: pass.gandjlaw@gmail.com

*/s/ Rebecca Ramaswamy*
Rebecca Ramaswamy (7484-E16P)
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, Alabama 36104
Phone: 504-535-9035
Email:
rebecca.ramaswamy@splcenter.org