**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| TONY GENE LANG, et al., individually and on behalf of all inmates in the Washington County Jail in Chatom, Alabama,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON COUNTY, ALABAMA, et al.,<br><br>Defendants. | Case No. 1:22-cv-00057-MU |

**JOINT STATUS OF SETTLEMENT NEGOTIATIONS**

COME NOW, the Parties in the above-styled action submit this Joint Status of Settlement Negotiations with the issues that remain pending, and a proposal for the best way to resolve the remaining issues in compliance with this Court's Order of August 13, 2026. The Parties report the following:

1. Since the telephone status conference on August 13, 2026, the parties have held three additional Teams meetings to narrow the issues in the private settlement agreement being negotiated pursuant to 18 U.S.C. § 3626(c)(2).

2. The following is a list of the major issues remaining:

a. The amount of attorneys' fees and expenses that would be paid to Plaintiffs' counsel along with an appropriate plan for installments;

b. Whether monitoring fees should be paid;

c. Whether the Jail Policy and Procedure Manual, along with an Appendix of Forms, and the Inmate Handbook should be attached to the Settlement Agreement;

d. Whether the Agreement should contain specific objective standards for provision of certain jail conditions (specifically relating to ventilation, lighting, and water temperature and quality);

e. Whether the Agreement should include bans on certain practices that have either not been an issue or have not been an issue in years;

f. The specificity of the access to courts section in the Agreement; and

g. There are a few other issues or at least certain language that the parties are still attempting to resolve that the parties may need assistance from the Court.

3. The parties jointly request a mediation conference to assist in the resolution of the remaining issues.

Respectfully submitted this 27th day of August 2026.

*/s/ Henry Brewster*
Henry Brewster (BREWH7737)
HENRY BREWSTER, LLC
205 N. Conception Street
Mobile, Alabama 36603
Phone: (251) 338-0630
Email: hbrewster@brewsterlaw.net

*/s/Larry G. Canada*
Larry G. Canada
Alabama Disabilities Advocacy
Program (ADAP)
P.O. Box 870395
Tuscaloosa, AL 35487
Phone: (205) 348-4436
Fax: (205) 348-3909
lcanada@adap.ua.edu

*/s/ David Gespass*
David Gespass
GESPASS & JOHNSON
40 Echo Lane
Fairhope, Alabama 36532
Phone: (205) 566-2530
Email: pass.gandjlaw@gmail.com

*/s/ Rebecca Ramaswamy*
Rebecca Ramaswamy (7484-E16P)
SOUTHERN POVERTY LAW
CENTER
400 Washington Avenue
Montgomery, Alabama 36104
Phone: 504-535-9035
Email:
rebecca.ramaswamy@splcenter.org

*/s/ Kendrick E. Webb*
Kendrick E. Webb (ASB-1143-E59K)
WEBB MCNEILL FRAWLEY PC
One Commerce Street, Suite 700 (36104)
Post Office Box 238
Montgomery, Alabama 36101
Phone: (334) 262-1850
Email: kwebb@wmwfirm.com
Counsel for Defendants